**94-1509.** State v. Barber. *Montgomery County,* No. 13340. On motion for leave to file delayed appeal. Motion denied.

RESNICK, J., dissents.

**94-1523.** State v. Papalardo. *Hamilton County,* No. C-900880. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., dissents.

**94-1534.** State v. Liebtag. *Stark County,* No. CA-9365. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and RESNICK, J., dissent.

**94-1538.** State v. Bies. *Hamilton County,* No. C-920841. On motion for leave to file delayed appeal. Motion granted.

WRIGHT and PFEIFER, JJ., dissent.

**94-1550.** Sibilsky v. Morton's of Chicago/Cincinnati, Inc. *Hamilton County,* No. C-930318. On motion for admission *pro hac vice* by Elizabeth H. Doucet for Elise M. Bloom and Jennifer B. Courtian. Motion granted.

**94-1560.** State v. Durden. *Cuyahoga County,* No. 64693. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and RESNICK, J., dissent.

## RECONSIDERATION DOCKET

**93-354.** Bellian v. Bicron Corp. *Geauga County,* No. 92-G-1695. Reported at 69 Ohio St.3d 517, 634 N.E.2d 608. On motion for reconsideration. Motion denied.

DOUGLAS and PFEIFER, JJ., dissent.

**94-452.** Lewis v. New Albany. *Franklin County,* No. 93APE08-1208. Reported at 69 Ohio St.3d 1476, 634 N.E.2d 1023. On motion for reconsideration. Motion denied.

RESNICK and F.E. SWEENEY, JJ., dissent.

**94-513.** Frantz v. Warner & Swasey Co. *Cuyahoga County,* No. 64214. Reported at 69 Ohio St.3d 1489, 635 N.E.2d 44. On motion for reconsideration. Motion denied.

**94-640.** State v. Martin. *Greene County,* No. 93-CA-1. Reported at 69 Ohio St.3d 1477, 634 N.E.2d 1023. On motion for reconsideration. Motion denied.

**94-690.** Elliott v. Ohio Dept. of Rehab. & Corr. *Franklin County,* No. 93API09-1268. Reported at 69 Ohio St.3d 1489, 635 N.E.2d 44. On motion for reconsideration. Motion denied.

MOYER, C.J., and WRIGHT, J., dissent.

**94-744.** Twinsburg v. Sexton. *Summit County,* No. 16306. Reported at 69 Ohio St.3d 1488, 635 N.E.2d 43. On motion for reconsideration. Motion denied.

**94-854.** State v. Combs. *Hamilton County,* No. C-880156. Reported at 69 Ohio St.3d 1480, 634 N.E.2d 1027. On motion for reconsideration. Motion denied.

WRIGHT, J., dissents.

**94-855.** Martin v. Ohio Adult Parole Auth. *Marion County,* No. 9-93-45. Reported at 69 Ohio St.3d 1489, 635 N.E.2d 43. On motion for reconsideration. Motion denied.